# SCHULMAN, HERSHFIELD & GILDEN, P.A.
ATTORNEYS AT LAW
ONE EAST PRATT STREET
SUITE 904
BALTIMORE, MARYLAND   21202
(410) 332 0850
FAX (410) 332 0866

rbardos@shg-legal.com

19 October 2023

**VIA ECF**
Hon. Stephanie A. Gallagher, Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21202

      RE:    *United States v. Brownlee, et al.*
              *Case No. SAG-22-125*

Dear Judge Gallagher:

      I represent Tasha Woodyard in the above-captioned case.   I write to supplement the Government's status letter of today's date and to clarify my position.

      Assistant United States Attorney Everett reports accrurately that on behalf of Ms. Woodyard, I have respectfully requested a trial schedule be set.   In her letter, ECF 306, she also reflects correctly that a third superseding indictment was filed recently and defense counsel will need time to review all of the discovery, old and new.   Nevertheless, I expect that the Court's calendar is quite full and that if a trial were to be set, it would not be able to be held until Spring or Summer of 2024.   I would anticipate that a trial six to nine months out, if that soon, would give defense counsel time to review the discovery and make compentent decisions on this case and comports with the Government's suggestion that "[a]dditional time seems warranted" to allow such review.   My concern is that if the Court grants another delay in setting a trial date, thate date will be even farther in the future.

      AUSA Everett's letter also indicates that I do not consent to a further speedy trial exclusion. That statement is correct in part; as indicated herein, I would object to another period of dealy before setting a trial date; I would certainly be required to accept any speedy trial exclusion up until the start of the trial.

Hon. Stephanie A. Gallagher, Judge
19 October 2023
Page 2 of 2

      Although trials in federal court are rarely "speedy" due to Court congestion and case complexity, the concept of establishing a known trial date remains a valid defense interest. Therefore, on behalf of Ms. Woodyard, I respectfully request that the Court schedule a conference call for the purpose of setting a trial date agreeable to the Court, Government counsel and all defense counsel.

      Thank you for your consideration of this matter.

                                Very truly yours,
                                         /s/
                            Richard Bardos, Of Counsel

RBB:rb