**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

May 1, 2024

LETTER TO COUNSEL

Re: <u>U.S.A. v. Rodney Gaines, et al.</u>
Criminal Case No. SAG-22-0125

Dear Counsel:

Due to difficulties in scheduling a motions hearing date workable for all parties, the Court has set the following two dates to accommodate everyone's schedule.

**June 12, 2024 at 10:00 a.m.**         Andre Mills, Tanya Hatchett, and Deandre Hill

**June 25, 2024 at 10:00 a.m.**         Rodney Gaines

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge