# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES         :
                             :
        v.               :          No.  22-CR-125
                             :
RODNEY GAINES       :
                             :

## MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE

Defendant Rodney Gaines hereby moves for a two-week extension of time to file motions in limine.  The government has indicated it intends to designate an expert to interpret wire calls and also designate which calls it plans to use.  Based on past experience with these types of cases, this type of evidence may well necessitate motions in limine.  A two-week extension will allow the government time to serve its expert notice and allow the defense time to prepare a motion in limine if necessary.  Defendant Gaines therefore requests until August 2 to file motions in limine.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

CERTIFICATE OF SERVICE

I certify that I have served this document through ecf.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com