IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIM. NO. SAG-22-00125 |
| RODNEY GAINES et al., | |
| Defendants | |

**GOVERNMENT'S MOTION FOR PERMISSION TO RESPOND TO DEFENDANT'S AUGUST 24, 2024 FILING BY CLOSE OF BUSINESS MONDAY AUGUST 26, 2024**

The United States of America, by counsel, hereby requests that it be given until close of business on Monday, August 26, 2024 to respond to the filing by the Defendant Rodney Gaines on Saturday evening August 24, 2024. The requested period of time is sufficient, but necessary, for the government to prepare its response. Although the requested timeframe is well within the periods set forth by the Court's Local Rules, given the upcoming trial the government felt it would be appropriate to confirm its requested response time with the Court.

WHEREFORE, the United States respectfully requests that it be allowed to file its response to the Defendant's recent motion as proposed herein. A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:      /S/
LaRai N. Everett
Michael C. Hanlon
Assistant United States Attorneys

36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4895
Michael.hanlon@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August 2024, a copy of the foregoing response was sent by CM/ECF to all counsel of record.

                                                _____/s/_____
                                                Michael C. Hanlon
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIM. NO. SAG-22-00125 |
| RODNEY GAINES et al., | |
| Defendants | |

## ORDER

Upon consideration of the government's motion, and any response, and the record,

It is this _____ day of August 2024 ORDERED that the government's motion is GRANTED and the government shall file its response to the Defendant's August 24, 2024 motion by close of business August 26, 2024.

_____        _____

Hon Stephanie A. Gallagher                                                        Date
United States District Judge

3