# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v. : | No. 22-CR-125 |
| : | |
| RODNEY GAINES : | |
| : | |

## NOTICE

Undersigned counsel hereby submits the attached Renewed Motion to Continue on behalf of pro se defendant Rodney Gaines.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I certify that I have served this document through ecf.

                Respectfully submitted,

                By: /s/ Charles Burnham
                Charles Burnham, Esq.
                BURNHAM & GOROKHOV, PLLC
                1634 I Street NW, Suite 575
                Washington, DC 20006
                (202) 386-6920 (phone)
                (202) 765-2173 (fax)
                charles@burnhamgorokhov.com