### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| *Plaintiff* | * | |
| v. | * | No. 22-cr-0125-SAG-3 |
| RODNEY ANTONIO GAINES, | * | |
| *Defendant* | * | |

\* \* \* \* \*

## ORDER

It is ORDERED that the in-person pretrial conference previously set for Wednesday, January 15, 2025 is moved to **Wednesday, January 22, 2025 at 11:00 a.m. in Courtroom 7D**.

Before the conference, counsel shall meet and confer regarding any necessary changes (based on subsequent events or otherwise) to the preliminary jury instructions and voir dire questions Judge Gallagher used in September, and be prepared to address them at the pretrial conference. Counsel shall also be prepared to address any updates to exhibit or witness lists, and any evidentiary disputes that may justify pretrial briefing.

January 13, 2025

                                                              /s/
                                           Adam B. Abelson
                                           United States District Judge