IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIM. NO. SAG-22-0125** |
| **RODNEY GAINES,** | |
| **Defendant** | |

**NOTICE OF FILING UNDER SEAL**

Exhibit 1 being filed separately under seal.